JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT PRICE MCCOWAN,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>WILLIAM MUNIZ,<br><br>　　　　　Respondent. | Case No. CV 15-04769-CAS (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 24, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE